FILED
10/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:26-cr-00559
Judge Rebecca R. Pallmeyer
Magistrate Judge Young B. Kim
RANDOM / Cat. 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Annette Johnson | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

Will any defendant require a foreign language interpreter for Court appearances? **No**

What is the most severe level of offense/penalty in this indictment or information? **Public Corruption/Bribery III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 1341, 1343, and 1346**

Assistant United States Attorney(s): **Edward A. Liva, Jr.**

Contact Person and Phone Number: **Edward A. Liva, Jr. 312-886-7647**